# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | CASE NUMBER: 16 - 9378 mJ |
| Enrique Xavier Bandin | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### Count 1

On or about October 23, 2016, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendant, ENRIQUE XAVIER BANDIN, an Indian, did unlawfully kill M.M., with malice aforethought.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### Count 2

On or about October 23, 2016, in the District of Arizona, the defendant, ENRIQUE XAVIER BANDIN, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, that is, Second Degree Murder, as alleged in Count 1 of this Complaint, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

### Count 3

On or about October 23, 2016, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, the defendant, ENRIQUE XAVIER BANDIN, an Indian, did by force, violence, and intimidation take or attempt to take from the person and presence of J.L.N. a thing of value, to wit: a purse.

In violation of Title 18, United States Code, Sections 1153 and 2111.

I further state that I am a Deputy Special Agent of the Bureau of Indian Affairs and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

AUTHORIZED BY: Raynette Logan, AUSA

Orlando Ramirez, BIA Deputy Special Agent
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence

10/25/2016
Date

at      Phoenix, Arizona
City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT OF PROBABLE CAUSE IN SUPPORT OF COMPLAINT

Your affiant, Orlando R. Ramirez, being duly sworn, deposes and says:

1.      I am a Detective with the Gila River Police Department and am a Deputy Special Agent for the Bureau of Indian Affairs (BIA), I have been employed as a Detective for approximately two years and have been investigating violations of federal law, including homicides, assaults, sexual assaults, and controlled substance violations on Indian Reservations the entire time.  I have been employed by the Gila River Police Department (GRPD) since September 2009.  I am a graduate of the Central Arizona Regional Law Officers Training Academy and the Federal Law Enforcement Training Center, Criminal Investigator Program.

2.      This affidavit is made in support of a Criminal Complaint against ENRIQUE XAVIER BANDIN, an Indian, for a violation of Title 18, United States Code, Section §1111, Murder-Second Degree; Title 18, United States Code, Section §2111, Robbery; and Title 18, United States Code, Section §924(c), Use of a Firearm During a Crime of Violence, committed within the confines of the Gila River Indian Community (GRIC) on October 23, 2016.    I am familiar with the facts surrounding this investigation.   The facts contained in this affidavit are from my own observations, as well as others, during and in the course of this investigation.

3.      On October 23, 2016, police officers with the GRPD responded to a male subject lying face up in the dirt area near the area of Ocotillo Road and the Sacaton Market, which lies within the exterior boundaries of the GRIC, District of Arizona.  The male subject, later identified as M.M. was pronounced deceased and GRPD, Criminal Investigations Bureau Detectives responded.

4.     I made contact with a second victim, identified as J.L.N., who was located north of the area where M.M. was found.  J.L.N. had a large contusion and abrasions to the left side of her face near her left eye.  I also observed a scratch on her forehead as well as a scratch on her cheek on the right side of her face.  I observed the clothing worn by her was dirty, and the front right side of her sweater contained a small red stain.

5.     J.L.N. told me she is a registered member of the GRIC.  J.L.N. said she was at a residence located in the San Tan area of the GRIC, in the District of Arizona.  J.L.N. said she was there to get ten dollars from Alvaro Sabori, who was a resident.  Upon arrival, ENRIQUE BANDIN was present outside the residence and greeted J.L.N. and M.M.  J.L.N. asked BANDIN if Sabori was present and BANDIN told her yes.   BANDIN proceeded inside the residence and exited shortly after with Sabori.  J.L.N. asked Sabori for the money, and Sabori told her to have a seat in the "vatho" (referring to a small wooden structure similar to a room located just east of the residence).  J.L.N. said Sabori walked back inside the residence, and she and M.M. walked inside the vatho where they sat across from each other alone.  J.L.N. said FOKI entered the vatho and sucker punched J.L.N. and a fight ensued.

6.     J.L.N. said M.M. tried to break up the fight between J.L.N. and FOKI.  BANDIN entered the vatho and began pistol whipping M.M.  J.L.N. said she could hear M.M. being pistol whipped and estimated it occurred for approximately one to two minutes until she heard the pistol discharge.  J.L.N said M.M. immediately went quiet, and everyone stopped.  J.L.N. said FOKI stopped fighting her and got off of J.L.N.  J.L.N. said Sabori entered the vatho and asked BANDIN what happened.  J.L.N. said BANDIN told Sabori, "I didn't mean to do it.  I was just pistol whipping him, and the gun went off."

7.     FOKI apologized to Sabori telling him that she did not mean to disrespect him, but she had to handle this (referring to having to fight J.L.N. because of a past disagreement).

FOKI told Sabori she did not know M.M.  J.L.N. said M.M. was completely silent, but she could hear his breathing was labored and gurgling.  Sabori told BANDIN to roll M.M. on his side so he could breath.  BANDIN responded, "Fuck that, he's already gone. I'm gonna just finish him right here."  Sabori told BANDIN not to finish off M.M. J.L.N. began to plead with BANDIN to take Morgan to the hospital.  BANDIN turned to J.L.N. and struck her on the face with the pistol and told her, "Shut the fuck up." BANDIN was standing over the top of M.M., and J.L.N. said she could hear M.M. choking on his own blood.

8.     J.L.N. said BANDIN and FOKI began to figure out what they were going to do next.  J.L.N. said for approximately forty-five minutes BANDIN and FOKI walked over M.M. as he lay on the floor of the vatho.  BANDIN told J.L.N. that he wanted M.M.'s car and demanded the keys.  J.L.N. said she told BANDIN that she did not have the keys. BANDIN pointed the pistol at J.L.N. and replied, "Don't fuckin lie, where are the keys?" FOKI then told J.L.N. that they were going to take M.M. to the hospital.  A short time later, BANDIN located the keys to M.M.'s car and started the engine.  J.L.N. identified M.M.'s vehicle as a 1990's model, two door, Pontiac Grand Prix.  A cross reference check of vehicles registered to M.M. revealed a 1998 Pontiac Grand Prix bearing Arizona License plate BTH6672.  The vehicle was entered into the Arizona Criminal Information Center (ACIC) in an attempt to locate the vehicle in relation to the investigation.

9.     J.L.N. described BANDIN and FOKI as not knowing what they were doing, and they were walking around in circles.  J.L.N. said she heard FOKI and BANDIN arguing outside the vatho.  J.L.N. said she heard FOKI telling BANDIN to take M.M. to the hospital, and then J.L.N. heard FOKI crying.  J.L.N. said BANDIN grabbed a shovel, and Sabori asked BANDIN what he was doing with a shovel.

10.    J.L.N. said BANDIN moved M.M.'s vehicle to the north side of the vatho. BANDIN and FOKI placed M.M. into the rear seat of the vehicle.  BANDIN and FOKI

then walked back to the vatho, and they both told J.L.N. that she was coming with them. J.L.N. refused so they took her purse, which contained her house keys and two cellular phones, by force. J.L.N said BANDIN and FOKI threatened her by saying if they heard she talked they would find her. BANDIN and FOKI left the residence with M.M. and drove away in an unknown direction.

11.     J.L.N. said she remained with Sabori for approximately one hour until the sun began to rise. J.L.N. said Sabori told her he couldn't drive her to get help because his only running vehicle had an ignition interlock device, and he couldn't get it started. J.L.N. said she walked to a friend's house approximately one half mile away and was given a ride to her mother's residence in Sacaton, Arizona. J.L.N. said when she arrived in Sacaton she saw the police blocking Ocotillo Road and decided to make contact with the police. J.L.N. said she spoke with a police officer at the scene.

12.     An attempt to locate BANDIN and FOKI at their last known residences in Sacaton, Arizona and Coolidge, Arizona yielded negative contact. I made contact with FOKI's parents who advised BANDIN and FOKI had recently left the residence, and their current whereabouts were unknown.

13.     On October 24, 2016, an autopsy was conducted on M.M. by the Pima County Medical Examiner's Office. The medical examiner determined the cause of death was a single gunshot wound to the head. Inside M.M.'s skull, the medical examiner located a projectile which caused the injury.

14.     On October 24, 2016, at approximately 1700 hours, Gila River Police Department responded to a call for service for an abandoned vehicle in the field area of Dove Road and Quail Road, near Coolidge, within the GRIC. Officers conducted a registration check on the vehicle bearing Arizona license plate BTH6672, which was registered to M.M. and was the vehicle taken by BANDIN and FOKI.

15.    The location where MM's body was found is approximately 10 miles from where the assault and shooting took place.  It also is only approximately ½ mile to the Hu Hu Kam Hospital in Sacaton.

16.    I confirmed with tribal enrollment officer, Sheila Flores, that both BANDIN and FOKI are enrolled members of the GRIC.

17.    Based on the above listed facts, your Affiant believes there is probable cause to charge ENRIQUE XAVIER BANDIN, an Indian, with the following violations of law: Title 18, United States Code, Section §1111, Murder-Second Degree; Title 18, United States Code, Section §2111, Robbery; and Title 18, United States Code, Section §924(c), Use of a Firearm During a Crime of Violence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/25/2016

_____
Orlando Ramirez, Detective
Gila River Police Department


Subscribed and sworn to before me this 25 day of October, 2016

_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge